```
JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
REEM BLAIK
Nevada Bar No. 16386
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Reem.Blaik@usdoj.gov
```

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Sabit Yasin Mohammed,<br><br>Plaintiff<br><br>v.<br><br>Alejandro Mayorkas, Secretary of Department of Homeland Security; Ur M. Jaddou, Director U.S. Citizenship and Immigration Services; David Radel, Director, Los Angeles Asylum Office,<br><br>Defendants | Case No. 2:24-cv-950-CDS-EJY<br><br>**Notice and Stipulation for Voluntary Dismissal of Complaint** |

IT IS HEREBY NOTICED AND STIPULATED, by and between Plaintiff Sabit Yasin Mohammed ("Plaintiff") and Federal Defendants Alejandro Mayorkas, Secretary of Department of Homeland Security; Ur M. Jadaou, Director U.S. Citizenship and Immigration Services ("USCIS"); and David Radel, Director, Los Angeles Asylum Office Uointly "Federal Defendants"), (collectively the "Parties") that the above-captioned action shall be voluntarily dismissed with prejudice, pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, on the following grounds:

1.  On May 21, 2024, Plaintiff filed his operative complaint in the United States District Court for the District of Nevada, seeking the scheduling of an interview to adjudicate his asylum application;

2. On June 15, 2024, the USCIS Asylum Office in Tustin, CA scheduled Plaintiff for an interview on May 1, 2025;

3. The Tustin Asylum Office agrees to diligently work towards completing adjudication of Plaintiff's asylum application within 120 days of the interview date, absent unforeseen or exceptional circumstances that would require additional time for adjudication. Regardless, if adjudication is not complete within 120 days, the Tustin Asylum Office will provide a status report to the Court;

4. Plaintiff agrees to submit all supplt:,nental documents and evidence to USCIS 7 to 10 days prior to the agreed upon scheduled interview. Plaintiff recognizes that failure to submit these documents 7 to 10 days prior to the interview may result in the interview being rescheduled at no fault of USCIS;

5. If needed by Plaintiff or his dependent(s), Plaintiff shall bring his own interpreter to his asylum interview. See https:llwww.uscis.govlnewsroomlalertsl affirmative-asylum-applicants-must-provide-interpreters-starting-sept-13. Plaintiff recognizes that failure to bring an interpreter to his interview may result in the interview being rescheduled at no fault of USCIS;

6. As a result of the Tustin Asylum Office scheduling Plaintiff's interview, Plaintiff agrees to voluntarily dismiss this case with prejudice;

7. As a result of this dismissal, Federal Defendants have not served nor filed an answer, motion to dismiss, or other responsive pleading in this action;

///
///
///
///
///
///
///
///

8. Plaintiff and Federal Defendants agree to bear their own litigation costs and attorney fees.

**IT IS SO STIPULATED AND AGREED.**

Dated this 17th day of July, 2024.

**UNITED STATES ATTORNEY'S OFFICE**

/s/ Reem Blaik
_____

JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
REEM BLAIK
Nevada Bar No. 16386

*Attorneys for Federal Defendants*

Dated this __21st__ day of July, 2024.

**PLAINTIFF SABIT YASIN MOHAMMED**

_____
SABIT YASIN MOHAMMED
Plaintiff Pro Se

*Attorney for Plaintiff Pro Se*

3

**ORDER**

Based on the parties' Notice and Stipulation for Voluntary Dismissal of Complaint, this matter is DISMISSED WITH PREJUDICE, and the Clerk is directed to close the case.

_____
UNITED STATES DISTRICT JUDGE

DATED:  July 26, 2024